U.S. District Court
Northern District of Georgia
Rome Division
PO Box 1186, Rome, GA 30162
FINNELL, ROBERT K.

# 366007 bc 01/05/2007 @ 14:42

---

Check 190.00
Fund: 510000
FINNELL, ROBERT K.
4:07-CV-00002 CF#1 JACOBS V. TEMPU
Check 100.00
Fund: 086400
FINNELL, ROBERT K.
4:07-CV-00002 CF#1 JACOBS V. TEMPU
Check 60.00
Fund: 086900
FINNELL, ROBERT K.
4:07-CV-00002 CF#1 JACOBS V. TEMPU

---

Total 350.00
Tendered 350.00
Change 0.00