IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BENNY and WANDA JACOBS, on behalf of a class of similarly situated persons, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CASE NO. 4:07-CV-002(HLM) |
| v. | )<br>) |
| TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Tempur-Pedic International Inc. and Tempur-Pedic North America Inc. (collectively "TPX") respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts II and III of Plaintiffs' Complaint. As further discussed in Defendants' Memorandum of Law in Support of this Motion, Plaintiffs' Complaint fails to plead sufficient facts to support a horizontal conspiracy claim, and, therefore, Counts II and III of the Complaint should be dismissed as a matter of law.

Dated: February 23, 2007

        Respectfully submitted:

        */s/ Christine A. Hopkinson*
        Jeffrey S. Cashdan
        Georgia Bar No. 115775
        Catherine M. O'Neil
        Georgia Bar No. 553714
        Christine A. Hopkinson
        Georgia Bar No. 142106
        Jonathan R. Chally
        Georgia Bar No. 141392
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia  30309-3521
        Telephone:  (404) 572-4600
        Facsimile:  (404) 572-5139
        Email of filer: chopkinson@kslaw.com

        Counsel for Defendants
        TEMPUR-PEDIC INTERNATIONAL INC. and
        TEMPUR-PEDIC NORTH AMERICA INC.

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(D) of the Local Rules of the Northern District of Georgia, counsel for Tempur-Pedic International Inc. and Tempur-Pedic North America Inc. certifies that **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1(C).

*/s/ Christine A. Hopkinson*
Christine A. Hopkinson

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS** was served via the Court's Electronic Filing System this 23rd day of February, 2007 on the following counsel of record:

Martin D. Chitwood
Craig G. Harley
James M. Wilson, Jr.
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
mchitwood@chitwoodlaw.com
charley@chitwoodlaw.com
jwilson@chitwoodlaw.com

Robert K. Finnell
THE FINNELL FIRM
One West Fourth Street
Suite 200
Rome, Georgia
bob@finnelllawfirm.com

Philip D. Bartz
Cameron Cohick
Donna M. Donlon
Stephen M. Lastelic
MCKENNA LONG ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
pbartz@mckennalong.com
ccohick@mckennalong.com
ddonlon@mckennalong.com
slastelic@mckennalong.com

*/s/ Christine A. Hopkinson*
Christine A. Hopkinson
Georgia Bar No. 142106