## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| BENNY and WANDA JACOBS, on behalf of a class similarly situated, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 4:07-cv-02-RLV |
| TEMPUR-PEDIC INTERNATIONAL, INC., and TEMPUR-PEDIC NORTH AMERICA, INC., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Robert L. Vining, Jr., United States District Judge, for consideration of defendants' Motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 11th day of December, 2007.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                     By:  s/Jill Ayers
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 11, 2007
James N. Hatten
Clerk of Court

By:  s/Jill Ayers
      Deputy Clerk